OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

6/3/2015
RENO, PETER T.          Tr. Ct. No. 1325063-B                    WR-83,321-02
This Court is in receipt of applicant's "MOTION TO WITHDRAW APPLICATION
FOR WRIT OF HABEAS CORPUS". This motion has been granted.

Abel Acosta, Clerk



PETER T. RENO

HEBNGB 77002